IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KANAYOCHUKWU PHILLIP UGBOKOPKU, a/k/a STEPHEN FORD, a/k/a TJ, a/k/a CALI;<br>CLAUDIN MARIANO DURAN CAMPUSANO;<br>WELLINGTON RAMIREZ HERNANDEZ; and<br>ERIC JASON FAUL | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(i), 841(b)(1)(B)(vi), and 846; and 18 U.S.C. § 2 |

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

The Grand Jury Charges:

Beginning in or about December 2023, and continuing until the date of this Indictment, in the District of North Dakota, and elsewhere,

KANAYOCHUKWU PHILLIP UGBOKOPKU,
a/k/a STEPHEN FORD, a/k/a TJ, a/k/a CALI;
CLAUDIN MARIANO DURAN CAMPUSANO;
WELLINGTON RAMIREZ HERNANDEZ; and
ERIC JASON FAUL

knowingly and intentionally combined, conspired, confederated, and agreed together and with others, both known and unknown to the grand jury, to distribute and possess with intent to distribute controlled substances, specifically 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance;

and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance; and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(i), 841(b)(1)(B)(vi), and 841(b)(1)(C).

## Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that conspirators would and did distribute, and possessed with intent to distribute, controlled substances, namely, a mixture and substance containing a detectable amount of heroin; and a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"); and a mixture and substance containing a detectable amount of methamphetamine; in and around Minot, North Dakota; Bismarck, North Dakota; and elsewhere;

2. It was further a part of said conspiracy that the conspirators would and did use United States currency in their drug transactions;

3. It was further a part of said conspiracy that the conspirators would and did use telecommunication facilities, including cellular telephones and applications, such as Cash App, to facilitate the distribution of controlled substances, monitor shipments of controlled substances, and distribute and collect drug proceeds;

4. It was further a part of said conspiracy that the conspirators utilized local North Dakota residents as sub-distributors and associates to locate customers and consumers of controlled substances; and

5. It was further a part of said conspiracy that the conspirators would and did ship, transport, and receive parcels containing controlled substances including a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide") through United States Postal Service.

In violation of Title 21, United States Code, Section 846, and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

## COUNT TWO

**Possession with Intent to Distribute Heroin**

The Grand Jury Further Charges:

On or about October 23, 2024, in the District of North Dakota,

CLAUDIN MARIANO DURAN CAMPUSANO; and
WELLINGTON RAMIREZ HERNANDEZ,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i), and Title 18, United States Code, Section 2.

COUNT THREE

**Possession with Intent to Distribute Fentanyl**

The Grand Jury Further Charges:

On or about October 23, 2024, in the District of North Dakota,

CLAUDIN MARIANO DURAN CAMPUSANO; and
WELLINGTON RAMIREZ HERNANDEZ,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi), and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

PEJ/jrs